IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NEZ PERCE TRIBE, a federally recognized Indian tribe,<br><br>    Plaintiff,<br><br>    v.<br><br>NOAA FISHERIES; and, WILL STELLE, in his official capacity as Regional Administrator of NOAA Fisheries; U.S BUREAU OF RECLAMATION, and KARL WIRKUS, in his official capacity as Regional Director of U.S. Bureau of Reclamation, Pacific Northwest Region,<br><br>    Defendants. | Case No.  3:CV 10-286-BLW<br><br>**ORDER** |

The parties have filed a stipulated joint motion to stay this case until December 2013, while the parties engage in alternative dispute resolution (ADR) with Chief Magistrate Judge Dale. Attached to the motion is a "Term Sheet Agreement" between the Nez Perce Tribe, the Bureau of Reclamation, and NOAA Fisheries. The Court has reviewed the motion, approves the "Term Sheet Agreement," and finds that the motion should be granted with one minor administrative modification. To ensure that the Court's docket only reflects cases actively proceeding to trial, the Court will administratively terminate, rather than stay, this case. This

**Order - 1**

action is without prejudice to the legal rights of the parties and is solely administrative in nature. Any party may file a motion to reopen the case if the settlement breaks down for any reason. If the settlement is ultimately successful, counsel shall notify the Court in writing. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the Term Sheet Agreement (docket no. 22-1) is APPROVED.

IT IS FURTHER ORDERED that the Stipulated Motion (docket no. 22) is GRANTED IN PART AND DENIED IN PART. It is granted to the extent it seeks approval of the Term Sheet Agreement but is denied to the extent it seeks a stay.

IT IS FURTHER ORDERED, that this case is ADMINISTRATIVELY TERMINATED without prejudice to any legal right of any party. The administrative termination shall last through and including December 31, 2013. Any party may petition the Court before that date to lift the termination and proceed with the litigation. If the case does finally settle at any time, the parties shall notify the Court in writing.

DATED: **June 2, 2011**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

Order - 2