IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NEZ PERCE TRIBE, a federally recognized Indian tribe,<br><br>  Plaintiff,<br><br>  v.<br><br>NOAA FISHERIES; WILL STELLE, in his official capacity as Regional Administrator of NOAA Fisheries;<br>U.S. BUREAU OF RECLAMATION, and LORRI LEE, in her official capacity as Regional Director of U.S. Bureau of Reclamation, Pacific Northwest Region,<br><br>  Defendants. | Case No. 3:10-CV-286-BLW<br><br>ORDER CONTINUING ADMINISTRATIVE TERMINATION |

  Finding good cause therefore,

  NOW THEREFORE IT IS HEREBY ORDERED, that

1. The administrative termination of this case shall continue through and including January 31, 2020;

2. The parties may request mediation with the Magistrate Judge to resolve disputes arising during the term of the administrative termination, but only after the parties have exhausted good faith efforts to resolve any disagreement prior to requesting mediation;

3. Any party may petition the Court before January 31, 2020, to lift the termination and proceed with the litigation; and

4. If the case does finally settle at any time or becomes moot on or before January 31, 2020, the parties shall notify the Court in writing.



DATED: April 29, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court